UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:25-cr-00159-JDC-TPL |
| | * | |
| VERSUS | * | 18 U.S.C. § 2252A(a)(5)(B) |
| | * | |
| CLARENCE COLAR | * | |

### BILL OF INFORMATION

THE UNITED STATES CHARGES:

### COUNT 1
### POSSESSION OF
### CHILD PORNOGRAPHY
### 18 U.S.C. § 2252A(a)(5)(B)

On or about the September 13th, 2024, in the Western District of Louisiana, the defendant, CLARENCE COLAR, did knowingly possess images of child pornography, as defined in Title 18, United States Code, Section 225(8), that depicted a person under the age of 12, that had been mailed, shipped, and transported in interstate and foreign commerce, by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B). [18 U.S.C.§ 2252A(a)(5)(B)]

ALEXANDER C. VAN HOOK
Acting United States Attorney

By: _____
JOHN LUKE WALKER (LA Bar 18077)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA  70501
Telephone: (337) 262-6618